```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 03703
   DENNIS WAYNE NEATHAWK
   HELEN MARIE NEATHAWK                     CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-2351     SSN XXX-XX-9471

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/04/2005 and was confirmed 03/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AMERICAN EAGLE BANK        SECURED              .00           .00            .00
CITIFINANCIAL              SECURED          1500.00         31.48        1500.00
CITIFINANCIAL              UNSECURED       NOT FILED          .00            .00
DFS ACCEPTANCE             SECURED           600.00          9.12         600.00
GENERAL MOTORS ACCEPTANC   SECURED         13628.00        286.14       13628.00
GENERAL MOTORS ACCEPTANC   UNSECURED        2009.00           .00        2009.00
DFS ACCEPTANCE             UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      SECURED           100.00          1.64         100.00
ECAST SETTLEMENT CORP      UNSECURED         460.44           .00         460.44
INTERNAL REVENUE SERVICE   PRIORITY         2138.00           .00        2138.00
ILLINOIS DEPT OF REVENUE   PRIORITY          238.55           .00         238.55
LVNV FUNDING LLC           UNSECURED        1323.17           .00        1323.17
LVNV FUNDING LLC           UNSECURED        2702.53           .00        2702.53
EASTERN MAINE MEDICAL      UNSECURED       NOT FILED          .00            .00
EASTERN MAINE MEDICAL      NOTICE ONLY    NOT FILED          .00            .00
FINGERHUT                  UNSECURED        1127.48           .00        1127.48
JAMES P ECONOMOS DDS       UNSECURED         315.00           .00         315.00
JAMES P ECONOMOS DDS       UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED       20073.18           .00       20073.18
RESURGENT ACQUISITION LL   UNSECURED        3738.10           .00        3738.10
RESURGENT ACQUISITION LL   UNSECURED        2169.31           .00        2169.31
SEARS ROEBUCK & CO         UNSECURED       NOT FILED          .00            .00
US BANK                    UNSECURED        6807.13           .00        6807.13
RESURGENT ACQUISITION LL   UNSECURED        3824.58           .00        3824.58
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                      3,634.02
DEBTOR REFUND              REFUND                                       2,810.47

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 03703 DENNIS WAYNE NEATHAWK & HELEN MARIE NEATHAWK
```

```
TRUSTEE                                 72,227.34

PRIORITY                                                        2,376.55
SECURED                                                        15,828.00
    INTEREST                                                      328.38
UNSECURED                                                      44,549.92
ADMINISTRATIVE                                                  2,700.00
TRUSTEE COMPENSATION                                            3,634.02
DEBTOR REFUND                                                   2,810.47
                                        ---------------   ---------------
TOTALS                                  72,227.34               72,227.34
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 12/27/07                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE









                            PAGE   2
     CASE NO. 05 B 03703 DENNIS WAYNE NEATHAWK & HELEN MARIE NEATHAWK